**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY GRAVES-BUCKINGHAM, <br><br>       Plaintiff, <br><br>   v. <br><br> MARKWAYNE MULLIN, *Secretary,* *Department of Homeland Security,* <br><br>       Defendant. | Case No. 22-cv-1459 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion for summary judgment, ECF 27, is **GRANTED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 23, 2026